

# NUMBER 13-11-00383-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

KATHLEEN WILD,                                                                  Appellant,

v.

FRANK J. SCHUSTER, INDIVIDUALLY
AND AS EXECUTOR OF THE ESTATE OF
FRANK SCHUSTER, ET AL.,                                                 Appellees.

## On appeal from the Probate Court at Law No. 3
of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Garza and Benavides
### Memorandum Opinion Per Curiam

Appellant, Kathleen Wild, perfected an appeal from a judgment entered by the Probate Court at Law No. 3 of Hidalgo County, Texas, in cause number P-12,779-C. Appellant has filed a notice to withdraw appeal on grounds that she no longer wishes to pursue the appeal.

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to withdraw the appeal is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
22nd day of November, 2011.